# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**LORD JUDAH AL-BARR**                                                      **PETITIONER**

No. 2:25-CV-00070 DPM/PSH

**C. HUMPHREY, Warden, FCI Forrest City Medium**          **RESPONDENT**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge D.P. Marshall Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Petitioner Lord Judah Al-Barr ("Al-Barr") filed his habeas corpus petition on

1

April 15, 2025.  Doc. No. 1. Al-Barr, an inmate at FCI Forrest City, contends he is entitled to immediate transfer to prerelease custody.  Specifically, he alleges errors in interpreting the First Step Act ("FSA") and the Second Chance Act ("SCA") have resulted in an incorrect date for his transfer to a residential reentry center ("RRC") or Home Confinement ("HC").  *Id.*

On July 18, 2025, Al-Barr filed notice of his change of address, indicating that he is no longer housed at FCI Forrest City. Doc. No. 11. On July 29, 2025, the Court entered an order inviting the parties to "weigh in" on whether his petition is moot if he in fact has been transferred to a reentry facility since that is the precise relief sought in his petition. Doc. No. 12.

Respondent Humphrey filed a response confirming that Al-Barr was transferred to the supervision of the Residential Reentry Management Field Office on July 16, 2025 and placed in a halfway house in Little Rock, Arkansas.  Humphrey agrees that Al-Barr has received the relief sought and, as a result, his petition is moot. Doc. No. 13.  Al-Barr did not respond to the Court's July 29 Order.

Because the relief Al-Barr requested has been granted, his claims are moot. *See Calderon v. Moore*, 518 U.S. 149, 150 (1996); *Miller v. Whitehead*, 527 F.3d

752, 756 (8th Cir, 2008); and *Reaves v. Garrett*, 2025 WL 778059 (Mar. 11, 2025) (E.D. Ark.) (Order adopted on April 15, 2025).

The undersigned recommends the petition be dismissed without prejudice as moot.

IT IS SO ORDERED this 16th day of September, 2025.

_____
UNITED STATES MAGISTRATE JUDGE