IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LORD JUDAH AL-BARR**  **PETITIONER**
REG #40258-509

v.  No. 2:25-cv-70-DPM

**C. HUMPHREY**, Warden, FCI Forrest
City Medium  **RESPONDENT**

ORDER

Unopposed recommendation, *Doc. 14*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Al-Barr's § 2241 petition will be dismissed without prejudice as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 October 2025