# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**LORD JUDAH AL-BARR**　　　　　　　　　　　　　　　　**PETITIONER**
**REG #40258-509**

v.　　　　　　　　　No. 2:25-cv-70-DPM

**C. HUMPHREY, Warden, FCI Forrest
City Medium**　　　　　　　　　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

Al-Barr's § 2241 petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 October 2025